UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARA OLSON,

    Plaintiff,

v                                       Case No. 12-cv-12802
                                       Honorable Lawrence P. Zatkoff
HCC EVALUATIONS, LLC,        Magistrate Judge Mark A. Randon
JARED B. COHEN,
OVER THE RAINBOW, LLC
and EDWARD G. LARSON,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY (DKT. NO. 17)**

This matter is before the Court on Plaintiff's motion to compel discovery from Defendant Jared B. Cohen (Dkt. No. 17). Pursuant to the agreement of the parties, placed on the record before the motion hearing on November 27, 2012:

IT IS ORDERED that, on or before **December 7, 2012**, Cohen shall provide responses to Plaintiff's First Request for Production of Documents directed to him, as if originally directed to HCC Evaluations, LLC. No costs or attorney fees shall be awarded.

                                          s/Mark A. Randon
                                          MARK A. RANDON
                                          UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2012

                                       *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 29, 2012, by electronic and/or first class U.S. mail.*

                                        *s/Melody R. Miles*
                                        *Case Manager to Magistrate Judge Mark A. Randon*
                                        (313) 234-5542