UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARA OLSON,

    Plaintiff,

v                                    Case No. 12-cv-12802
                                     Honorable Lawrence P. Zatkoff

HCC EVALUATIONS, LLC,
JARED B. COHEN,
OVER THE RAINBOW, LLC
and EDWARD G. LARSEN,

    Defendants.

_____/

## ORDER OF DISMISSAL OF DEFENDANTS
## EDWARD G. LARSEN AND OVER THE RAINBOW, LLC

    This Court, being fully advised pursuant to the Stipulation of Dismissal of Defendants Edward G. Larsen and Over the Rainbow, LLC only, hereby ORDERS:

    That this case is DISMISSED with prejudice and without costs for Defendants Edward G. Larsen and Over the Rainbow, LLC only.


Dated:  January 9, 2013              s/Lawrence P. Zatkoff
                                        HONORABLE LAWRENCE P. ZATKOFF
                                        U.S. DISTRICT COURT JUDGE