UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARA OLSON,

    Plaintiff,

v.

HCC EVALUATIONS, LLC,
JARED B. COHEN,
OVER THE RAINBOW, LLC
and EDWARD G. LARSON,

    Defendants.

Case No. 12-cv-12802
Honorable Lawrence P. Zatkoff
Magistrate Judge Mark A. Randon

_____

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST HCC EVALUATIONS AND JARED COHEN**

On stipulation of the parties,

IT IS HEREBY ORDERED that all claims against Defendants, HCC Evaluations, LLC and Jared Cohen, are hereby DISMISSED WITH PREJUDICE and without costs or attorney fees to any party.

IT IS SO ORDERED.

    s/Lawrence P. Zatkoff
    HON. LAWRENCE P. ZATKOFF
    U.S. DISTRICT COURT JUDGE

Date:  January 22, 2013

APPROVED AS TO FORM AND CONTENT:

/s/ Chris E. Davis (With Consent)
Chris E. Davis (P52159)
Attorney for Plaintiff


/s/ Jay A. Schwartz
Jay A. Schwartz (P45268)
Miles L. Uhlar (P65008)
Attorneys for HCC and Cohen